**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 RONALD DAVIDSON,

                                 Plaintiff,                25 **CIVIL** 1226 (LLS)

       -v-                                              **JUDGMENT**

JUDICIAL COUNCIL OF THE SECOND CIRCUIT;
STATE OF NEW YORK; CITY OF NEW YORK;
MICHELLE MORSE.,

                                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated March 26, 2026, Plaintiff's complaint, filed IFP

under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court

denies Plaintiff's motion for recusal and his motion for emergency injunctive relief.

**Dated:**  New York, New York

      March 31, 2026

                                           **TAMMI M. HELLWIG**

                                          _____
                                          **Clerk of Court**

                           **BY:**

                                            _____
                                          **Deputy Clerk**